# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  JONAH M. CELESTINO           §     Case No. 12-81192
        ABBY L. CELESTINO            §
                                     §
         Debtor(s)                   §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was converted to chapter 13 on 08/21/2012.

2) The plan was confirmed on 09/21/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 05/10/2013.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on
07/09/2013, 09/20/2013, 03/04/2014, 06/27/2014, 05/02/2016, 05/03/2016, 05/31/2016, 06/02/2016, 07/08/2016.

5) The case was converted on 07/06/2016.

6) Number of months from filing or conversion to last payment: 46.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $65,037.45.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor(s) | $ 53,681.04 |
| Less amount refunded to debtor(s) | $ 854.56 |
| **NET RECEIPTS** | $ 52,826.48 |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $ 2,750.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 3,150.09 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,900.09 |
| Attorney fees paid and disclosed by debtor(s): | $ 750.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| MACEY BANKRUPTCY LAW, PC | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,750.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Sec | 1,800.00 | 1,860.32 | 1,800.00 | 1,800.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL | Sec | 26,415.12 | 26,415.12 | 26,415.12 | 26,415.12 | 2,668.41 |
| ALLY FINANCIAL | Uns | 0.00 | 500.00 | 500.00 | 210.02 | 0.00 |
| WORLD ACCEPTANCE | Sec | 6,000.00 | 4,800.51 | 4,800.51 | 4,800.51 | 356.57 |
| INTERNAL REVENUE SERVICE | Pri | 600.00 | 442.00 | 442.00 | 442.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 83.45 | 83.45 | 32.77 | 0.00 |
| AES / NCT | Uns | 1,210.00 | NA | NA | 0.00 | 0.00 |
| AES / NCT | Uns | 79.00 | NA | NA | 0.00 | 0.00 |
| AMERILOAN | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| KEYSTONE RECOVERY PARTNERS | Uns | 2,684.00 | 2,684.65 | 2,684.65 | 1,201.17 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,492.00 | 1,559.80 | 1,559.80 | 697.89 | 0.00 |
| BILL ME LATER | Uns | 717.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK CU | Uns | 586.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL IV LLC | Uns | 389.00 | 389.49 | 389.49 | 163.61 | 0.00 |
| CGH MEDICAL CENTER | Uns | 4,018.00 | NA | NA | 0.00 | 0.00 |
| CGH MEDICAL CENTER | Uns | 1,043.01 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CGH MEDICAL CENTER | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| CGH MEDICAL CENTER | Uns | 38.88 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Uns | 147.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL MEDICAL | Uns | 12.40 | NA | NA | 0.00 | 0.00 |
| COMCAST CORRESPONDENCE | Uns | 938.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 1,229.00 | 1,350.69 | 1,350.69 | 604.33 | 0.00 |
| DR DAVID POWERS | Uns | 3,260.00 | NA | NA | 0.00 | 0.00 |
| GECRB / NATIONS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GOODYR / CBNA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 638.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 618.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 279.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 163.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| HSBC NV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS AMERICAN WATER | Uns | 168.00 | 145.68 | 145.68 | 53.22 | 0.00 |
| NORTHERN ILLINOIS HOME | Uns | 59.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 5,815.00 | 3,918.88 | 3,918.88 | 1,753.39 | 0.00 |
| QUAD CORPORA | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 7,139.00 | 5,625.17 | 5,625.17 | 2,516.83 | 0.00 |
| SSM GROUP | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Uns | 939.00 | NA | NA | 0.00 | 0.00 |
| STERLING ROCK FALLS CLINIC | Uns | 4,828.00 | NA | NA | 0.00 | 0.00 |
| TRINITY IOWA HEALTH SYSTEM | Uns | 245.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Uns | 2,900.00 | NA | NA | 0.00 | 0.00 |
| US FAST CASH | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| HERMAN ARACHIKAVITZ | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 0.00 | 1,585.37 | 1,585.37 | 709.33 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 510.00 | 510.00 | 214.22 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 0.00 | 2,287.00 | 2,287.00 | 2,287.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 1,800.00 | $ 1,800.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 31,215.63 | $ 31,215.63 | $ 3,024.98 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 33,015.63 | $ 33,015.63 | $ 3,024.98 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 2,729.00 | $ 2,729.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 2,729.00 | $ 2,729.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 18,353.18 | $ 8,156.78 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,900.09 |
| Disbursements to Creditors | $ 46,926.39 |
| **TOTAL DISBURSEMENTS:** | $ 52,826.48 |

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date: 07/13/2016          By: /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)